## IN THE UNINSURED MOTORIST ARBITRATION ACTION
## WILL COUNTY, ILLINOIS

JACKIE LEHNER,
        Insured,

v.                              UM ARBITRATION

SAFECO INSURANCE COMPANY,        Claim No. 455067732015
        Insurer.

### ARBITRATION AWARD

This cause coming to be heard for arbitration pursuant to the uninsured motorist provision of a policy of automobile insurance issued by SAFECO INSURANCE COMPANY for the benefit of JACKIE LEHNER, a hearing having been conducted, the arbitrators find as follows;

1. For JACKIE LEHNER and against SAFECO INSURANCE COMPANY and assess damages in the total amount of $36,250.00.

2. This award is subject to all terms of the uninsured motorist provision of the Safeco policy and a set off of $5,000.00 paid under the medical payment provision of said policy, thereby reducing the collectable amount of the award to $31,250.00;

3. The arbitrators' fees to be paid as follows:
   To H. Case Ellis (36-3309612) the total of $1,125.00 (4.5 hrs @ $250.00) Lehner to pay ½ ($562.50) and Safeco to pay ½ ($562.50);
   To David P. Huber-Fees to be paid by Lehner upon submission of a statement for fees;
   To Michael J. McGowan – fees to be paid by Safeco upon submission of a statement for fees.

_____           _____
H. CASE ELLIS                             DAVID P. HUBER

DATED: August 29, 2008

                                                   _____
                                                   MICHAEL J. MCGOWAN