# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: LEHNER, JACQUELINE § Case No. 05-04244
      LEHNER, EDWIN E §
       §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $6,300.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $4,472.86 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $19,278.26 | |

3) Total gross receipts of $ 31,251.12 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 7,500.00 (see **Exhibit 2**), yielded net receipts of $23,751.12 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 21,719.10 | 21,719.10 | 19,278.26 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 0.00 | 4,472.86 | 4,472.86 | 4,472.86 |
| TOTAL DISBURSEMENTS | $0.00 | $26,191.96 | $26,191.96 | $23,751.12 |

　　　4) This case was originally filed under Chapter 7 on February 09, 2005.
. The case was pending for 63 months.

　　　5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

　　　6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

　　　Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/06/2010　　　　By: /s/BRADLEY J. WALLER
　　　　　　　　　　　　　　　　Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| PERSONAL INJURY CASE | 1142-000 | 31,250.00 |
| Interest Income | 1270-000 | 1.12 |
| **TOTAL GROSS RECEIPTS** | | **$31,251.12** |

¹The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Jacqueline Lehner | Personal Injury Exemption per court order of 10/10/2008 | 8100-002 | 7,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$7,500.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 3,125.00 | 3,125.00 | 684.16 |
| Horwitz, Horwitz, and Associates, Ltd | 3210-000 | N/A | 10,416.67 | 10,416.67 | 10,416.67 |
| Horwitz, Horwitz, and Associates, Ltd | 3220-000 | N/A | 6,364.93 | 6,364.93 | 6,364.93 |
| H Case Ellis | 3721-000 | N/A | 562.50 | 562.50 | 562.50 |
| David P. Huber | 3721-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 21,719.10 | 21,719.10 | 19,278.26 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| First Midwest Bank | 7100-000 | N/A | 4,472.86 | 4,472.86 | 4,472.86 |
| TOTAL GENERAL UNSECURED CLAIMS | | 0.00 | 4,472.86 | 4,472.86 | 4,472.86 |

**UST Form 101-7-TDR (9/1/2009)**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 05-04244
Case Name: LEHNER, JACQUELINE
LEHNER, EDWIN E
Period Ending: 05/06/10

Trustee: (330500) BRADLEY J. WALLER
Filed (f) or Converted (c): 02/09/05 (f)
§341(a) Meeting Date: 03/31/05
Claims Bar Date: 06/30/05

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCOUNT | 100.00 | 0.00 | DA | 0.00 | FA |
| 2 | HOUSEHOLD GOODS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | WEARING APPAREL | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | MISC JEWELRY INCLUDING WEDDING RING | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | PERSONAL INJURY CASE | Unknown | Unknown | | 31,250.00 | FA |
| 6 | 1988 CHEVY PICKUP TRUCK | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | 1999 FORD TAURUS | 4,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.12 | Unknown |
| 8 | Assets Totals (Excluding unknown values) | $6,300.00 | $0.00 | | $31,251.12 | $0.00 |

Major Activities Affecting Case Closing:

Initial Projected Date Of Final Report (TFR): December 31, 2006    Current Projected Date Of Final Report (TFR): February 20, 2009

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-04244 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | LEHNER, JACQUELINE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | LEHNER, EDWIN E | | Account: | ***-*****48-65 - Money Market Account |
| Taxpayer ID #: | **-***0101 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/06/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/14/08 | {5} | Horwitz, Horwitz & Associates, Ltd | Payment per court order of 10/10/2008 | 1142-000 | 31,250.00 | | 31,250.00 |
| 11/23/08 | | To Account #********4866 | Transfer of funds to checking account | 9999-000 | | 26,094.10 | 5,155.90 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.41 | | 5,156.31 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.36 | | 5,156.67 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,156.88 |
| 02/20/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.14 | | 5,157.02 |
| 02/20/09 | | To Account #********4866 | Transfer monies to Checking Account to make final distributions | 9999-000 | | 5,157.02 | 0.00 |
| | | | ACCOUNT TOTALS | | 31,251.12 | 31,251.12 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 31,251.12 | |
| | | | Subtotal | | 31,251.12 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $31,251.12 | $0.00 | |

{} Asset reference(s)

Printed: 05/06/2010 08:17 AM    V.12.08

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-04244 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | LEHNER, JACQUELINE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | LEHNER, EDWIN E | | Account: | \*\*\*-\*\*\*\*\*48-66 - Checking Account |
| Taxpayer ID #: | \*\*-\*\*\*0101 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/06/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/23/08 | | From Account #\*\*\*\*\*\*\*\*4865 | Transfer of funds to checking account | 9999-000 | 26,094.10 | | 26,094.10 |
| 11/23/08 | 101 | Horwitz, Horwitz, and Associates, Ltd | Payment for Attorney's fees per court order of 10/10/2008 | 3210-000 | | 10,416.67 | 15,677.43 |
| 11/23/08 | 102 | Horwitz, Horwitz, and Associates, Ltd | Payment for Attorney's fees per court order of 10/10/2008 | 3220-000 | | 6,364.93 | 9,312.50 |
| 11/23/08 | 103 | Jacqueline Lehner | Personal Injury Exemption per court order of 10/10/2008 | 8100-002 | | 7,500.00 | 1,812.50 |
| 11/23/08 | 104 | H Case Ellis | Arbiter's fees per court order of 10/10/2008 | 3721-000 | | 562.50 | 1,250.00 |
| 11/23/08 | 105 | David P. Huber | Arbiter's fees per court order of 10/10/2008 | 3721-000 | | 1,250.00 | 0.00 |
| 02/20/09 | | From Account #\*\*\*\*\*\*\*\*4865 | Transfer monies to Checking Account to make final distributions | 9999-000 | 5,157.02 | | 5,157.02 |
| 02/20/09 | 106 | First Midwest Bank | | 7100-000 | | 4,472.86 | 684.16 |
| 02/20/09 | 107 | BRADLEY J. WALLER | | 2100-000 | | 684.16 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 31,251.12 | 31,251.12 | $0.00 |
| | | | Less: Bank Transfers | | 31,251.12 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 31,251.12 | |
| | | | Less: Payments to Debtors | | | 7,500.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$23,751.12** | |

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 05-04244 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | LEHNER, JACQUELINE | | Bank Name: | The Bank of New York Mellon |
| | LEHNER, EDWIN E | | Account: | 9200-******48-66 - Checking Account |
| Taxpayer ID #: | **-***0101 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/06/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****48-65 | 31,251.12 | 0.00 | 0.00 |
| Checking # ***-*****48-66 | 0.00 | 23,751.12 | 0.00 |
| Checking # 9200-******48-66 | 0.00 | 0.00 | 0.00 |
| | $31,251.12 | $23,751.12 | $0.00 |

{} Asset reference(s)    Printed: 05/06/2010 08:17 AM    V.12.08